**Order entered March 11, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00668-CR

**JEFFREY MICHAEL WINEBERG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83346-2020**

### ORDER

Before the Court is appellant's March 8, 2022 pro se "Motion in Request for Production of Documents Pursuant to Texas Code of Criminal Procedure Article(s) 24.02 and 24.03." The law is well-settled that appellant, who is represented by counsel on appeal, is not entitled to hybrid representation. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004) (appellant has no right to hybrid representation on appeal); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (declining to address issues raised in supplemental brief filed by appellant

pro se when he was already represented by counsel); *Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992) (same); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981) (appellant is not entitled to hybrid representation); *Landers v. State*, 550 S.W.2d 272, 280 (Tex. Crim. App. 1977) (op. on reh'd) (same). Therefore, we **DENY** his pro se motion.

We **DIRECT** the Clerk to send a copy of this order to Jeffrey Michael Wineberg, TDCJ# 02357342, Coffield Unit, 2661 FM 2054, Tennessee Colony, TX 75884, in addition to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE